# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART A. GOEDHARD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE INTERNATIONAL PROPELLER CLUB OF THE UNITED STATES, a nonprofit corporation; ROLF MARSHALL, an individual; ALAN A. BUTCHMAN, an individual,<br><br>Defendants. | Case No. CV10-02914 GHK (AGRx)<br><br>**ORDER RE: PROTECTIVE ORDER**<br><br>Action Filed: April 20, 2010<br>Trial Date: None Set |

///
///
///
///
///
///
///

# ORDER

**GOOD CAUSE APPEARING**, the Protective Order regarding the disclosure of privacy-protected, confidential and/or proprietary information by the parties is approved.

**IT IS SO ORDERED.**

Dated: March 31, 2011

                                      HONORABLE ALICIA G. ROSENBERG
                                      UNITED STATES MAGISTRATE JUDGE

1.

**PROOF OF SERVICE**